# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        Magistrate No.___23-1127_____

       v.

IVETTE CANCEL

     The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

     IT IS on this ____8th____ day of _____November_____, 2023

     ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

/s/ Tonianne J. Bongiovanni_____
HONORABLE TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE