UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE NO. 23-MJ-01127

UNITED STATES OF AMERICA,

v.

IVETTE CANCEL

_____

**ORDER GRANTING MOTION TO SEAL**

**THIS MATTER** is before the Court upon Ivette Cancel's Motion to Seal docket entry #1 on ECF. After argument of counsel (Lauren Kober, AUSA, appearing for the United States of America, and Michael Thomas, AFPD, appearing for Ivette Cancel); and for the reasons stated on the record on May 8, 2024, It is hereby

**ORDERED**, on this ___9th___ day of May, 2024, that the motion to seal is **GRANTED**. Accordingly, Docket Entry 1 is hereby **SEALED**.

_____
Hon. Andrea Dechenne Bergman
United States Magistrate Judge