UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Andrea D. Bergman |
| v. | : | Mag. No. 23-1127 |
| IVETTE J. CANCEL | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Philip R. Sellinger, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. E1119111 against defendant Ivette J. Cancel, which was filed on August 11, 2023, charging her with unlawful possession of a controlled dangerous substance, in violation of 21 U.S.C. § 844(a), because further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

_____
PHILIP R. SELLINGER
UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. ANDREA D. BERGMAN
United States Magistrate Judge

Dated: May 9, 2024